FILED

NASHID ALI MAHDEE

417 NORTH ARDMORE #7

LOS ANGELES, CA 90004

(323) 664 - 8748

2012 MAR -9 PM 3: 56

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHID ALI MAHDEE, | Case No. CV12 00243 DMG (JCx) |
| | FIRST AMENDED |
| Plaintiff, | COMPLAINT FOR: |
| | |
| VS. | FAIR DEBT COLLECTION |
| | |
| RJM ACQUISITION LLC | PRACTICES ACT |
| | |
| JEFFERSON CAPITAL SYSTEMS, | FAIR CREDIT REPORTING ACT |
| | |
| LLC | |
| | **Jury Trial Demanded:** Yes |
| **DEFENDANT(S).** | |

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 28 U.S.C. sec. 1331, and 28 U.S.C. sec. 1337

## II.   VENUE

2.  Venue is proper pursuant to:  28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III.   PARTIES

3.  Plaintiff's name is: Nashid Ali Mahdee. Plaintiff resided at: 417 North Ardmore Avenue  #7. Los Angeles, California 90004. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3).

4.  Defendant: RJM ACQUISITION, LLC is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

5.  Defendant: JEFFERSON CAPITAL SYSTEMS, LLC is a "debt collector" within the meaning of 15 U.S.C. sec. 1692 a (6).

# IV.   STATEMENT OF FACTS

6.  Comes now Nashid Ali Mahdee, who does hereby file this complaint for damages of 15 U.S.C. sec. 1692 a, e, d, g, k. 15 U.S.C. sec. 1681 b, e, f, g, o, n, based upon defendant(s) violations of the Fair Debt Collection Practices Act and Fair Credit Reporting Act.

7.  On October 9, 2011 Plaintiff upon requested Equifax Consumer Credit Report. Plaintiff had no knowledge of any business relationship with the defendant. Defendant RJM ACQUISITION, LLC is a collection agency doing business in the STATE OF NEW YORK.

8.  Defendant RJM ACQUISITION prepared and issued consumer credit report concerning plaintiff which included in accurate information acct. # 18R50000203… in the amount $158.00 in violation 15 U.S.C. sec. 1681 g (d) (2) 15 U.S.C. sec. 1692 e (10). Defendant issued and re-aged plaintiff account # 18R50000203…by updating the date of last activity on credit reporting hopes of keeping negative information on plaintiff consumer credit report longer. FCRA sec. 605 (c ) running of the reporting period.

9.  On November 19, 2011 Plaintiff sent via United States Postal Service Certified Mail a letter requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA) 15 U.S.C. sec. 1692g, 15 U.S.C. sec. 1681i.

10. On December 22, 2011 Plaintiff in a good faith effort to allow defendant RJM ACQUSITION, LLC ample opportunity to validate alleged debt. Plaintiff sent a second letter via certified mail upon 10 day notice response, defendant again has failed to respond to 10 day notice. Defendant RJM ACQUISITION, LLC have been reporting a collection account on plaintiff consumer report credit history inaccurately without validating the alleged debt U.S. COURT OF APPEALS NINTH CIRCUIT No. 00-15946 Nelson V. CHASE MANHATTAN. Defendant violated 15 U.S.C. sec. 1692 e (2) by falsely representing the character, amount, or legal status of any debt.

11. On January 3, 2012 JEFFERSON CAPTIAL SYSTEMS, LLC  a sharing affiliate of RJM ACQUISITION, LLC sent debt collection letter via mail stating JEFFERSON CAPITAL SYSTEMS, LLC.  purchase of account # 18R500002035089 in the amount $158.65. RJM ACQUISITION, LLC demonstrates another violation in accordance with FDCPA, 15 U.S.C. sec. 1692 e (12) for selling / transferring a debt without validating, and violates 15 U.S.C. sec. 1681s-3 affiliate sharing. Reason JEFFERSON CAPITAL SYSTEMS, LLC could not have purchased account ending 5089 from WASHINGTON MUTUAL CHK at any time for WASHINGTON MUTUAL CHK is not in business and has not been for some time.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** RJM ACQUISITION, LLC

12. Plaintiff re-alleges and incorporates paragraphs 6-11. Unfair deceptives Upon belief and information of October 9, 2011 and November 2, 2011 Equifax Consumer credit report, Plaintiff believe WASHINGTON MUTUAL BANK is not the interested party and RJM ACQUISITION, LLC & JEFFERSON CAPITAL SYSTEMS, LLC purchased the debt and is owner of the debt. FDCPA prohibits unfair collection methods false misleading statements with debt.

13. Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA for continuing activity reporting on plaintiff credit report, updating the date of last activity on consumer credit report in the hopes of keeping negative information on plaintiff account longer after failure to provide proof.

14. Plaintiff re-alleges and incorporates paragraph 6-11. Upon belief and Information the November 19, 2011, and December 22, 2011 debt validation letter sent to defendant (RJM ACQUISITION, LLC) could not provide evidence of the debt 15 U.S.C. 1962 et seq.

# SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** RJM ACQUISITION

15.Plaintiff re-alleges and incorporates paragraph 6-11

Based on the foregoing consumer credit report. Defendant RJM ACQUISITION, LLC. have made "hard pull" on plaintiff credit file acct no. 18R50000203 amount $ 158.65. A hard pull is a FCRA violations.

16.Plaintiff re-alleges and incorporates paragraph 6-11. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

17.Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing consumer credit report. Defendant continue for past year, on a monthly basis to update the date, re-age last activity on consumer credit report in the hopes of keeping negative information on plaintiff account longer after failure to provide proof of alleged debt.

# THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

## (As against Defendant(s): RJM ACQUISITION, LLC

18. Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing, the consumer report between October & November 1, 2011 thru November 30, 2011. Defendant RJM ACQUISITION, LLC published to EXPERIAN, a major credit reporting agency the fact that plaintiff was severly deliquent in paying on his alleged account and had an outstanding balance.

19. Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing, the consumer report. The defendant(s) knew the statements were false when made or had no factual basis for making the statements. The defendants knew this because of failure to provide burden of proof in validation of the debt.

20. Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing. The written publication by the defendants constitute libel per se. As a direct and proximate result of the defendants defamation. The plaintiff have suffered extreme mental anguish, loss of reputation. Defendant acts were malicious, willful, wanton, and to the total disregard to plaintiff just rights.

# FOURTH CAUSE OF ACTION

False Misleading Representation 15 U.S.C. sec.1692 e (12)

Affiliate Sharing 15 U.S.C. sec. 1681s-3

**(As against Defendant(s):** RJM ACQUISITIONS, LLC

JEFFRESON CAPITAL SYSTEMS, LLC

20.Plaintiff re-alleges and incorporates paragraph 6-11. Based on the foregoing January 3, 2012 corresponding letter. RJM ACQUISITIONS LLC sold acct. # 18R500002035089 to affiliate company JEFFERSON CAPITAL SYSTEMS, LLC. The sale of or share of account without validation of a debt is a Violation according to FDCPA, FCRA.

## V.   REQUEST FOR RELIEF

21. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, FCRA 1681 $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

22. That this court grants judgement against defendants RJM ACQUISITIONS, LLC for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost 4.) Any relief as court see fit.

23. That this court grants judgment against RJM ACQUISITION, LLC for: Third claim for relief 1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o $1,000.00 3.) court fees and cost. 4.) Any relief as court sees fit.

24. That this court grants judgment against RJM ACQUISITION, LLC and JEFFERSON CAPITAL SYSTEMS, LLC for: Fourth claim for relief 1.) Actual damages to be determined by jury 2.) Punitive & Statutory damages 2.) Attorney fees and court cost 4.) Any relief as court see fit.

Date: 3/9/12

Sign: *Nashid Ali Mahdee*

Print Name: *NASHID Ali Mahdee*

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 3/9/12

Sign: *Nashid Ali Mahdee*

Print Name:



P.O. Box
Southgate, MI 48195-0940

||||||||||||||||||||||||||||||||||||||||||||
244088753490

JEFFERSON CAPITAL SYSTEMS, LLC
16 McLeland Rd, St. Cloud, MN  56303
800-281-2793
Mon to Fri 8 AM to 3 PM, Central Time

01/03/12

1359/000000004/000000635

⠁⠇⠗⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇⠇

Nashid A Mahdee
417 N Ardmore Ave
Apt 7
Los Angeles, CA  90004-3243

Original Creditor: WASHINGTON MUTUAL CHK
Original Account Number: XXXXXXXXXXX5089
JCS Reference Number: 2885567603
Amount Due: $158.65

Dear Nashid A Mahdee:

Jefferson Capital Systems, LLC has purchased the above referenced account and we are in receipt of your recent correspondence. This account had an original account number ending in: XXXXXXXXXXX5089 from WASHINGTON MUTUAL CHK.

Based on your stated dispute we have ceased collection of this account until such time as verification of the debt is provided to you. In addition, as a courtesy we have requested that the consumer reporting agencies delete the account from your credit file (if reported).

Should you have any questions regarding this matter please feel free to contact us at the number listed above.

Sincerely,

Jefferson Capital Systems, LLC

---

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION
REGARDING YOUR RIGHTS UNDER LOCAL, STATE AND FEDERAL LAW.**

Name & Address:

*Nashid Ali Mahdee*
*4/7 North Ardmore Ave*
*Los Angeles CA  90004*

FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Nashid Ali Mahdee* <br><br> PLAINTIFF(S) <br><br> v. <br><br> *RJM ACquisitions, LLC* <br> *Jefferson Capital Systems LLC* <br> DEFENDANT(S). | CASE NUMBER <br><br> *CV12  00243  DMG (JCx)* <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S): *RJM ACquisitions, LLC    Jefferson Capital Systems Inc*

A lawsuit has been filed against you.

Within _21_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ _first_ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _NASHIDA MAHDEE_, whose address is _4/7 N Ardmore Ave  Los Angeles Ca  90004_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _3/9/12_

By: **ANDRES PEDRO**
Deputy Clerk

*(Seal of the Court)*
1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

---