**LEWIS BRISBOIS BISGAARD & SMITH LLP**      JS-6
STEPHEN H. TURNER, SB# 89627
  E-Mail: turner@lbbslaw.com
PATRIK JOHANSSON, SB# 231769
  E-Mail: johansson@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
RJM ACQUISITIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NASHID A. MAHDEE,<br><br>    Plaintiff,<br><br>vs.<br><br>RJM ACQUISITIONS, LLC,<br><br>    Defendant. | CASE NO. CV 12 00243 DMG-JC<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [27]** |

    Having reviewed the Stipulation Re: Dismissal of Entire Action, With Prejudice, signed by Plaintiff Nashid A. Mahdee, Plaintiff in pro per, and counsel for Defendant RJM ACQUISITIONS, LLC, Patrik Johansson, this Court hereby dismisses the above-captioned action in its entirety, with prejudice.

    **IT IS SO ORDERED**.

Dated: April 25, 2012

*Dolly M. Gee*
Dolly M. Gee
United States District Judge

4828-6809-4223.1

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ACTION